IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SHANE FIORENTINO                                                                            PLAINTIFF

V.                                    CASE NO. 5:24-CV-5026

UNITED STATES                                                                               DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 6) filed in this case on March 13, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** for dismissed on the grounds that he has failed to respond to a Court order. *See* Fed. R. Civ. P. 41(b)**.**

**IT IS SO ORDERED** on this 2nd day of April, 2024.

   */s/ Timothy L. Brooks*
   TIMOTHY L. BROOKS
   UNITED STATES DISTRICT JUDGE